KAMER ZUCKER ABBOTT
Edwin A. Keller Jr.     #6013
Jen J. Sarafina          #9679
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant
Wynn Las Vegas, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIS SANDS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC,<br>    Defendant. | CASE NO. 2:10-cv-00297-RLH-PAL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear his/its own attorneys' fees and costs, except as otherwise agreed.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear his/its own costs and attorneys' fees, except as otherwise agreed.

    DATED this 30th day of November, 2010.

| NELSON LAW | KAMER ZUCKER ABBOTT |
|---|---|
| By: */s/ Nicholas Hamilton* <br> Sharon L. Nelson  #6433 <br> Nicholas L. Hamilton #10893 <br> 8670 West Cheyenne Avenue, Suite 2008 <br> Las Vegas, Nevada 89129 <br> Tel: (702) 247-4529 <br> Fax: (702)737-4529 <br><br> Attorney for Plaintiff | By: */s/ Jen Sarafina* <br> Edwin A. Keller, Jr.  #6013 <br> Jen J. Sarafina   #9679 <br> 3000 West Charleston Blvd., Suite 3 <br> Las Vegas, Nevada 89102 <br> Tel: (702) 259-8640 <br> Fax: (702) 259-8646 <br><br> Attorneys for Defendant <br> Wynn Las Vegas, LLC |

**ORDER**

**IT IS SO ORDERED.**

DATED: December 1, 2010

_____
UNITED STATES DISTRICT JUDGE